# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DeLARRON KEITH WASHINGTON**                                                          **PLAINTIFF**
*ADC #103179*

v.                          **CASE NO. 4:24-CV-00090-BSM**

**DEXTER PAYNE,** *et al.*                                                              **DEFENDANTS**

## ORDER

After *de novo* review of the record, including DeLarron Washington's objections [Doc. No. 10], United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 7] is adopted. Washington's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted. It is recommended that this dismissal count as a "strike" within the meaning of 28 U.S.C. § 1915(g), and an *in forma pauperis* appeal from this order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 13th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE