IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DeLARRON KEITH WASHINGTON**                                                           **PLAINTIFF**
*ADC #103179*

v.                          CASE NO. 4:24-CV-00090-BSM

**DEXTER PAYNE,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of March, 2024.


_____
UNITED STATES DISTRICT JUDGE